**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **8:08-cr-183** |
| | ) | |
| **RONALD PROKUPEK and** | ) | **TRIAL ORDER** |
| **CHRISTINE McGLOTHLEN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

In accordance with the Speedy Trial Act,

**IT IS ORDERED**:

1.   The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, September 8, 2009 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person.  Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2.   Any motions for a continuance of this trial date shall be electronically filed on or before **August 25, 2009** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

3.   Counsel for the United States shall confer with defense counsel and, no later than **September 1, 2009**, advise the court of the anticipated length of trial.

**DATED August 17, 2009.**

**BY THE COURT:**

**s/ F.A. Gossett
United States Magistrate Judge**