# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR183** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RONALD PROKUPEK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for release (Filing No. 169), referred from the Eighth Circuit Court of Appeals.

IT IS ORDERED:

1.    The Defendant's motion for release (Filing No. 169) is granted;

2.    The Defendant is hereby released from custody pending further proceedings; and

3.    The Clerk shall deliver a copy of this order to the U.S. Marshal for this District.

DATED this 26th day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge