## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR183** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RONALD PROKUPEK and** | ) | |
| **CHRISTINE McGLOTHLEN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Opinion and Judgments of the Eighth Circuit Court of Appeals.

IT IS ORDERED:

1. The convictions in this case against the Defendants, Ronald Prokupek and Christine McGlothlen, are vacated; and

2. The Clerk is directed to deliver a copy of this order to the U.S. Marshal for this District.

DATED this 17th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge